No. 97–6889. IN RE HAMPEL ET VIR. Petition for writ of mandamus and/or prohibition denied.

No. 97–826. AT&T CORP. ET AL. v. IOWA UTILITIES BOARD ET AL.; and AT&T CORP. ET AL. v. CALIFORNIA ET AL.;

No. 97–829. MCI TELECOMMUNICATIONS CORP. v. IOWA UTILITIES BOARD ET AL.; and MCI TELECOMMUNICATIONS CORP. v. CALIFORNIA ET AL.;

No. 97–830. ASSOCIATION FOR LOCAL TELECOMMUNICATIONS SERVICES ET AL. v. IOWA UTILITIES BOARD ET AL.;

No. 97–831. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. IOWA UTILITIES BOARD ET AL.; and FEDERAL COMMUNICATIONS COMMISSION ET AL. v. CALIFORNIA ET AL.;

No. 97–1075. AMERITECH CORP. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 97–1087. GTE MIDWEST INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 97–1099. U S WEST, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 97–1141. SOUTHERN NEW ENGLAND TELEPHONE CO. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 8th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: Nos. 97–826 (first judgment), 97–829 (first judgment), 97–830, 97–831 (first judgment), 97–1075, 97–1087, 97–1099, and 97–1141, 120 F. 3d 753; Nos. 97–826, 97–829, and 97–831 (second judgments), 124 F. 3d 934.

No. 97–399. SIDALI v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–512. SIERRA CLUB v. CITY OF SAN ANTONIO ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–521. TACKETT ET VIR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–699. COOPER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.